1040

[No. 39359-6-I.   Division One.   August 25, 1997.]

GREGORY H. KIRSCH, ET AL., *Appellants*, v. THE
DEPARTMENT OF NATURAL RESOURCES, ET AL.,
*Respondents.*

Appeal from a judgment of the Superior Court for Skagit County, No. 96-2-00349-5, Stanley K. Bruhn, J., entered August 15, 1996. *Affirmed* by unpublished per curiam opinion.

[No. 39365-1-I.   Division One.   August 25, 1997.]

SUGAR RAY ROBINSON, ET AL., *Appellants*, v. SAFECO
INSURANCE COMPANY OF AMERICA, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 95-2-09464-3, J. Kathleen Learned, J., entered September 6, 1997. *Affirmed* by unpublished opinion per Baker, C.J., concurred in by Coleman and Becker, JJ.

[No. 39456-8-I.   Division One.   August 25, 1997.]

*In the Matter of the Marriage of* COLLEEN MARIE
GILBERT, *Respondent,* and DANIEL STEVEN GILBERT,
*Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 91-3-06942-9, Sally Phillips Pasette, J., entered March 12, 1993. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Coleman and Cox, JJ.

[No. 14536-1-III.   Division Three.   August 26, 1997.]

WILLIAM HENRY KIRBY, *Appellant*, v. THE
DEPARTMENT OF LICENSING, *Respondent.*

Appeal from a judgment of the Superior Court for Walla Walla County, No. 94-2-00232-6, Yancey Reser, J., entered November 15, 1994. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Sweeney, C.J., and Thompson, J.